STATE and the Several Property Owners and Taxpayers of Said Indian River Farms Drainage District, a Public Corporation, Including the Non-residents of Said District, Owning Property or Subject to Taxation Therein, v. INDIAN RIVER FARMS DRAINAGE DISTRICT, a Public Corporation, Formerly of St. Lucie County, Now of Indian River County.

192 So. 406
Division A
Opinion Filed December 1, 1939

*Murray W. Overstreet*, for Appellant;

*Charles A. Mitchell*, for Appellee.

PER CURIAM.—The record and the briefs in this case have been examined and the questions raised found to be identical with those raised and adjudicated in the case of State of Florida, *et al.*, v. Little River Valley Drainage District in Dade County, filed this date.

The judgment below is accordingly affirmed on authority of the last cited case.

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

WHITFIELD, J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.